IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR203 |
| vs. | ) | |
| | ) | ORDER |
| **CRUZ MORALES-GUTIERREZ,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the unopposed defendant's motion to continue trial [25] as counsel needs additional time to review discovery and for negotiations. The court finds good cause being shown and the trial will be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for July 30, 2013 is continued to **September 3, 2013.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable**.**

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 3, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 12, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**